USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAROLD OBERKOTTER, Individually and On ) 
Behalf of All Others Similarly Situated, )
) CIVIL ACTION NO. 08-cv-2901
Plaintiff, )
)
vs. ) [~~PROPOSED~~] ORDER
) CONCERNING FURNISHING OF
SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ) NOTICE
ROBERT A. DAY, )
)
Defendants. )

---

Upon the application of plaintiff Harold Oberkotter and his counsel, Weiss & Lurie, and for good cause shown, it is hereby,

ORDERED that brokerage firms and other record holders of Société Générale securities, including American Depositary Receipts ("ADRs"), during the period August 1, 2005 through January 23, 2008, inclusive (the putative "Class Period"), in order to assist in furnishing notice to the beneficial owners of their right to move to be appointed lead plaintiff and to select lead counsel in this litigation, within seven (7) days of their receipt of this Order, are directed to either:

(1) provide to Weiss & Lurie the name and last known address of each person or organization for whom or which they purchased the securities of Société Générale during the Class Period (preferably on computer-generated mailing labels or, electronically, in MS Word or WordPerfect files, label size Avery® # 5162, or in an MS Excel data table setting forth title/registration and address); or

(2)    mail the Notice provided to you by Weiss & Lurie directly to the beneficial owners who purchased the Société Générale securities during the Class Period and send a statement to Weiss & Lurie confirming that the mailing was made as directed; and it is,

FURTHER ORDERED that Weiss & Lurie reimburse the brokerage firms and other beneficial owners their reasonable expenses actually incurred in connection with the foregoing, including reimbursement of postage expense and the cost of ascertaining the names and addresses of beneficial owners.

SO ORDERED,

Dated: March 26, 2008

_____
HONORABLE GERARD E. LYNCH
U.S.D.J.