UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HAROLD OBERKOTTER, individually and on
behalf of all others similarly situated,

       Plaintiff,

 -against-

SOCIÉTÉ GÉNÉRALE et al.,

       Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

08 Civ. 2901 (GEL)

**ORDER**

   The Court has received a joint letter from the parties in this case as well as counsel for plaintiffs in 08 Civ. 2495 addressing defendant Société Générale's objection to the Court's March 26, 2008, Order Concerning Furnishing of Notice ("Order"). Having carefully considered the arguments presented in the joint letter, it is hereby ORDERED that the Court's March 26, 2008, Order (Doc. # 3) is vacated.

SO ORDERED.

Dated: New York, New York
   April 9, 2008

               _____
               GERARD E. LYNCH
               United States District Judge