KYnett, J

KIRBY McINERNEY LLP
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, NY 10022
(212) 371-6600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

*Attorneys for Movant, Police and Fire Retirement System of the City of Detroit*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLIP J. BARKETT, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,<br><br>Defendants. | Civil Action No.<br>08 CIV 2495 (Cec c) |
| HAROLD OBERKOTTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,<br><br>Defendants. | No. 08 CIV 2901 |

**POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT'S NOTICE OF WITHDRAWAL OF APPLICATION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| CITY OF TAYLOR EMPLOYEES RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY,<br><br>              Defendants. | No. 08 CIV 2752 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The Police and Fire Retirement System of the City of Detroit ("PFRS") hereby withdraws its application for appointment as Lead Plaintiff and approval of Lead Counsel in the above-referenced actions.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a presumption is drawn in favor of the lead plaintiff applicant that demonstrates the largest financial interest in the relief sought in these actions among all putative class members who have filed complaints or filed timely motions for lead plaintiff appointment.

Based on a review of the various lead plaintiff appointment motions filed in these actions on or before May 12, 2008, PFRS believes that other movants have financial interests in the relief sought in these actions that are larger than PFRS.

Dated:     May 19, 2008

Respectfully submitted,

**KIRBY McINERNEY LLP**

By: _____
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, NY 10022
Tel: (212) 371-6600

*Proposed Lead Counsel*

SO ORDERED:

_____
U.S.D.J.
5/21/08