UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD OBERKOTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>SOCIÉTÉ GÉNÉRALE, DANIEL BOUTON, and ROBERT A. DAY<br><br>           Defendants | Case No.:     08 CV 02901 (GEL)<br><br>**APPEARANCE**<br>**ECF CASE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Robert A. Day.

I certify that I am admitted to practice in this court.

Dated: June 12, 2008

Respectfully submitted,

 /s/ Robert Cohen_____

Robert Cohen
rcohen@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

*Attorney for Defendant Robert A. Day*