USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
: 08 Civ. 2495 (GEL)
In re SOCIÉTÉ GÉNÉRALE SECURITIES LITIGATION :
: **ORDER**
:
------------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      At least three separate class actions have been filed in this Court relating to the decline in value of the securities of Société Générale ("SocGen"). These class complaints allege that SocGen senior executives issued false and misleading statements regarding SocGen's risk management procedures, its exposure to subprime real estate loans and collateralized debt obligations, and its internal controls. These statements allegedly resulted in an inflated stock price, which eventually fell when SocGen disclosed massive write-downs in late January 2008, leading to financial losses for the plaintiffs. Numerous motions for consolidation and for appointment of lead plaintiffs have been filed on the separate dockets for each individual case. Because it appears that these separate class actions involve common questions of law and fact, it is hereby ordered that:

1.     Pursuant to Fed. R. Civ. P. 42(a), the following actions, as well as any other related class action now pending before, hereafter filed in, or hereafter transferred to this Court, are consolidated for pre-trial purposes:

        08 Civ. 2495 (GEL)
        08 Civ. 2752 (GEL)
        08 Civ. 2901 (GEL)

2.     The Clerk of the Court shall file a copy of this Order in the separate file for each of the above-referenced consolidated actions. Unless otherwise ordered by this Court, future filings in any of these related actions shall be filed and docketed only under docket No. 08 Civ. 2495 (GEL).

3.     The Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of this litigation.

4. Every pleading filed in this action shall bear the following caption:

```
-------------------------------------------------------------------x
                                                                   :
                                                                   :
In re SOCIÉTÉ GÉNÉRALE SECURITIES LITIGATION :       08 Civ. 2495 (GEL)
                                                                   :
                                                                   :
-------------------------------------------------------------------x
```

5. Argument on the motions for appointment as lead plaintiff will be heard by the Court at a conference for all SocGen-related matters on July 23, 2008, at 10 a.m.

SO ORDERED.

Dated: New York, New York
       June 26, 2008

                                                                     GERARD E. LYNCH
                                                                     United States District Judge